DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
JUL - 9 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

SUSAN J. O'NEIL

Chapter 13
Case No. 05-3-0001 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $25.00 as follows:

| Name and Address of Claimant | Unclaimed Refund |
|---|---|
| CLERK OF THE COURT FOR:<br>SUSAN J. O'NEIL<br>1546 6TH AVENUE<br>BELMONT, CA 94002 | $25.00 |

Dated:    July 7, 2010

_____
CECILIA MARCELO
Receipts Administrator